535 U.S. 1017
 INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, AND ORNAMENTAL IRON WORKERS, LOCAL UNION NUMBER 55, ET AL.
v.
WALCHER & FOX, INC.; and
WALCHER & FOX, INC.
v.
INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, AND ORNAMENTAL IRON WORKERS, LOCAL UNION NUMBER 55, ET AL.
 No. 01-1146.
 No. 01-1337.
 Supreme Court of the United States.
 April 22, 2002.
 
 1
 C. A. 6th Cir. Certiorari denied. Reported below: 270 F. 3d 1018.